Case: 5:18-cv-00079-JSM-PRL

*Answers to the best of my ability.*

Lynn Fletcher
839 Forestwood Dr
Minneola, Fl 34715

---

*Recieved 4/24/2018*

(1)

To: United States District Court Middle District Court Ocala Division

Case # 18-cv-79-Oc-30PRL

5:18-cv-00079-JSM PRL

Order to show cause

Summary Judgement Pursuant to Rule 56

Not clear I am on an attorney.

I the defendant did not knowingly sign the attached document.

I was (40 years ago in 1988) unaware, that the Financial aid I requested, with Student Financial Services included any loans.

As for willingness to pay. Moneys were confiscated without notice.

I was also given wrong information by California Student Aid Commission (We have a $1200.00 note you signed) after the confiscation of the tax return (on or about) year 1997 1998. This information was provided to me upon my attempts to reach the IRS, California Student Aid Commission then the Bank involved and Student Financial Services.

Bank out of Business

Student Financial Service out of Business

I never requested or received any further assistance for education after the one semester in 1988. I did not benefit from the education I sought unfortunately.

I was distressed after the confiscation (being in poor financial circumstances) and unaware that Student Financial Services had requested a loan of any kind. As I stated I was told that all my Financial Aid was either grants or scholarships that I qualified for.

2

Case: 5:18 - cv - 00079 - JSM - PRL

I have read as best I can the Filings from the attorney in Coral Gables.

I was inexperienced with financial aid so sought help from Student Financial Services. And it was obvious to me After the confiscation of my tax return in (on or about) 1997 1998 and the fact that they were no longer in business I was sure, and I hope the court will recognize that this company was Predatory in their practices, as they did charge me for the service and misrepresent what I was signing. They also retained all paperwork for all the financial aid I received.

In all the documents provided to me I still see no reference to the $2000.00 some odd moneys confiscated by California Student Aid Commission.

All the cases quoted by the attorney from Coral Gables is again out of the scope of my understanding. I am not an attorney.

Document 7 I am unable to read. I have not been contacted by anyone about this until a process server showed up on my doorstep in March 2018 40 years later.

After the one phone call and the revelation of a 1200.00-dollar document with my signature by California Student Aid Commission I gave up on trying to get my tax return back.

I beg the court to help me and request a clear accounting of the confiscation of my tax return.

Reading the amount sought by the attorney I am suffering sleepless nights tremendous anxiety. I provide the court with the amount of social security I will qualify for also physical limitations

I have attached documentation for an interview I have finally secured. In order to qualify: I had to check boxes that I was willing to work part time and work for $11.00 an hour.

3

As I do not have representation and do not feel comfortable negotiating with the plaintiff's attorney without one.

I beg the court for help as this has already been a hardship for me.

Once again to the best of my knowledge and memory all my statements are true and correct.

Sincerely,

*Lynn Fletcher*

Lynn Fletcher

4

Subject: **YOUR INTERVIEW WITH THE HOME DEPOT**

From: Home_Depot_Talent_Acquisition_Center@homedepot.com
To: LMF1986PO@YAHOO.COM
Date: Sunday, April 22, 2018, 10:30:53 AM EDT

Dear LYNN FLETCHER,

You have been scheduled for an in-person interview. The details of your interview are detailed below.

Position: SALES ASSOCIATE

Interview Location: 1530 E HWY 50, CLERMONT, FL, 34711
Interview Phone Number: 352-242-1870
Interview Date: 04/25/2018
Interview Time: 04:00 PM

If you need to reschedule your interview, please contact the interview location using the phone number listed above.

When you arrive at the store, check in at the special services desk. Print this email and take it with you so the special services associate knows where to send you for your interview. Interview attire is business casual. Please bring a picture ID (e.g. valid driver's license, State-issued ID or School ID) with you to the interview.

Please note, if you are presented an offer of employment at the interview, and you accept the offer, you may be asked to immediately complete a drug test.

Thank you for applying for employment at The Home Depot, and good luck with your interview!

IMPORTANT NOTE: This email has been sent by The Home Depot Talent Acquisition Center, NOT your local The Home Depot location. PLEASE DO NOT REPLY TO THIS EMAIL. THIS EMAIL ACCOUNT IS NOT MONITORED.

---

The information in this Internet Email is confidential and may be legally privileged. It is intended solely for the addressee. Access to this Email by anyone else is unauthorized. If you are not the intended recipient, any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it, is prohibited and may be unlawful. When addressed to our clients any opinions or advice contained in this Email are subject to the terms and conditions expressed in any applicable governing The Home Depot terms of business or client engagement letter. The Home Depot disclaims all responsibility and liability for the accuracy and content of this attachment and for any damages or losses arising from any inaccuracies, errors, viruses, e.g., worms, trojan horses, etc., or other items of a destructive nature, which may be contained in this attachment and shall not be liable for direct, indirect, consequential or special damages in connection with this e-mail message or its attachment.

